**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          13 CR. 587 (RMB)

   -against-

                                                          **ORDER**

EUGENIO RICARDO,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Wednesday, January 27, 2021 at 10:00 AM is hereby rescheduled to Tuesday, March 2, 2021 at 10:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 5873

Dated: January 20, 2021
       New York, NY

                                                */s/ Richard M. Berman*
                                                RICHARD M. BERMAN
                                                     U.S.D.J.