**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,                  13 CR.587 (RMB)

        -against-                                      **ORDER**

EUGENIO RICARDO,
                        Defendant.
--------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

    On consent of the parties and based upon the record of proceedings held on March 2, 2021, the Court hereby orders a modification to the restitution payment schedule as follows: the Court directs that the Defendant's wages may be garnished at a rate of 5% per month. The Assistant United States Attorney, with the assistance of the Financial Litigation Unit, shall file and serve the required papers to effectuate this garnishment. See Transcript of hearing held on March 2, 2021 for a complete record.

Dated: New York, New York
       March 2, 2021

                                                                  _____
                                                                  **Hon. Richard M. Berman, U.S.D.J.**