AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
john.gura@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA              :

               Plaintiff and                 :     STIPULATION AND ORDER
               Judgment-Creditor,            :     OF GARNISHMENT

                                             :
               -v-                           :     13 Cr. 587-03 (RMB)

EUGENIO RICARDO,                       :

               Defendant and
               Judgment-Debtor,              :

               and                           :

LITELAB CORP.,                         :

               Garnishee.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, on April 3, 2017, the United States of America (the "United States" or the "Government") obtained a judgment against the defendant Eugenio Ricardo (the "defendant") in the amount $300,000.00, and

       WHEREAS, the balance of the judgment as of March 26, 2021, is $312,098.61; and,

       WHEREAS, the parties wish to enter into an agreement regarding payment of the judgment;

       NOW, on the signed consent of the United States and the defendant:

IT IS HEREBY STIPULATED AND AGREED that Litelab Corp. (the "Garnishee") shall pay the Government five percent (5%) of the defendant's gross earnings, and continue such payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further order of this Court. Payment should be made payable to the "Clerk of the Court," and mailed to the United States District Court, 500 Pearl St., Rm. 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York
March 29, 2021

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
E-mail: john.gura@usdoj.gov

_____
JOHN A. DIAZ, ESQ.
DIAZ & MOSKOWITZ, PLLC
*Attorney for defendant Eugenio Ricardo*
225 Broadway, Suite 715
New York, NY 10007
Telephone No.: (347) 387-7286
Email: johndiazlaw@gmail.com

_____
EUGENIO RICARDO
Defendant

3/30/21
SO ORDERED:
_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

2