UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

            13 CR. 587 (RMB)

  -against-

**ORDER**

EUGENIO RICARDO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 8, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 5873

Dated: September 1, 2021
       New York, NY

                                                  *Richard M. Berman*
                                               RICHARD M. BERMAN
                                                    U.S.D.J.