**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                             13 CR. 587 (RMB)

   -against-

                                                                                        **ORDER**

EUGENIO RICARDO,
                Defendant.
------------------------------------------------------------X

     Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Ricardo's dedicated compliance with supervised release, including, but not limited to, his successful supervision, his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective September 8, 2021 is warranted. The Court also finds that Mr. Ricardo has conducted himself in an exemplary and law abiding fashion and met the requirements (conditions) of his supervision.  <u>See</u> transcript of proceedings held on September 8, 2021 for a complete record.

Dated: September 8, 2021
         New York, NY

                                                                      _____
                                                                         RICHARD M. BERMAN
                                                                                U.S.D.J.

## Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Eugenio Ricardo's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. Ricardo's further supervised release obligations in accordance with

18 U.S.C. § 3583(e)(1).

Congratulations for a job well done.

September 8, 2021

_Richard M. Berman_
Richard M. Berman
U.S. District Judge